**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01269-CV

### CITY OF DALLAS, Appellant

### V.

### TEXAS EZPAWN, L.P. D/B/A EZMONEY LOAN SERVICES, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03373-A**

## ORDER

Before the Court is appellant's motion for leave to file a supplemental brief and appellee's response opposing the motion. The motion is **GRANTED** and the supplemental brief, which was filed on March 15, 2013, is considered filed as of the date of this order. No further motions or responses will be permitted.

/s/     ELIZABETH LANG-MIERS
JUSTICE